UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD BUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. CV05-TMP-868-NE |
| | ) |
| GREG THOMAS, et. al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 17, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice because it is seeking essentially habeas corpus relief, not available in a civil rights action under 42 U.S.C. § 1983.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed without prejudice.  An appropriate order will be entered.

DATED this 20th day of June, 2005.

_____
United States District Judge